# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMERSON LESLIE,

    Plaintiff(s),

v.

GENEVIEVE CRAGGS, et al.,

    Defendant(s).

Case No.: 2:19-cv-01206-RFB-NJK

**ORDER**

[Docket Nos. 4, 5]

Pending before the Court are Plaintiff's amended application to proceed *in forma pauperis* (Docket No. 5) and Plaintiff's motion to extend the time to file a proper application to proceed *in forma pauperis* (Docket No. 4).

A prisoner's application to proceed *in forma pauperis* must be supported by a financial certificate and an inmate account statement for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Plaintiff's amended application to proceed *in forma pauperis* is supported by an outdated financial certificate and account statement from February 2019, or nearly half a year before the complaint in this case was filed. *See* Docket No. 5 at 3-10. Accordingly, the amended application to proceed *in forma pauperis* (Docket No. 5) is **DENIED** without prejudice.

1

With respect to the motion to extend time, Plaintiff indicates that his upcoming release on parole[1] has hindered his ability to obtain the appropriate financial information to support his application to proceed *in forma pauperis*. *See* Docket No. 4 at 2. For good cause shown, the Court **EXTENDS** the deadline to file a proper application to proceed *in forma pauperis* to October 16, 2019. Accordingly, the motion to extend (Docket No. 4) is **GRANTED** as stated above.[2]

IT IS SO ORDERED.

Dated: September 16, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It is not clear whether Plaintiff was in fact paroled. The Court reminds Plaintiff that, to the extent his address changes, he must immediately notify the Court of that change in writing. *See, e.g.*, Local Rule IA 3-1. <u>Failure to comply with that requirement may result in the dismissal of this case</u>. *See id.*

The Court also notes that, even when a prisoner is released after filing his complaint, the prisoner-specific fee requirements in § 1915 continue to apply. *See Putzer v. Attal*, 2013 WL 4519351, at *3 (D. Nev. Aug. 23, 2013).

[2] This motion also seeks varied alternative relief, which is all denied without prejudice given the granting of the request for an extension.