# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EMERSON LESLIE,

      Plaintiff(s),

v.

GENEVIEVE CRAGGS, et al.,

      Defendant(s).

Case No.: 2:19-cv-01206-RFB-NJK

**ORDER**

[Docket No. 7]

      Pending before the Court is Plaintiff's second motion to extend the deadline to file a proper application to proceed *in forma pauperis*. Docket No. 7. Plaintiff alleges that N.D.O.C. is refusing to provide him with the financial documentation required to proceed *in forma pauperis*. *See id.* In light of that allegation, the Court **INSTRUCTS** the Clerk of the Court to electronically **SERVE** a copy of this order and of Plaintiff's motion (Docket No. 7) on the Nevada Attorney General's Office, by adding the Attorney General to the docket sheet. This does not indicate acceptance of service. To the extent it disputes the factual allegation made in the motion regarding the *in forma pauperis* paperwork, the Attorney General's Office must file a response to the motion by October 31, 2019.

      IT IS SO ORDERED.

      Dated: October 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge