# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMERSON LESLIE,

    Plaintiff(s),

v.

GENEVIEVE CRAGGS, et al.,

    Defendant(s).

Case No.: 2:19-cv-01206-RFB-NJK

**ORDER**

[Docket No. 7]

Pending before the Court is Plaintiff's second motion to extend the deadline to file a proper application to proceed *in forma pauperis*. Docket No. 7. Plaintiff alleges that N.D.O.C. refused to provide him with the required financial documentation. *See id.* The Nevada Attorney General's Office filed a response representing that the documentation has now been mailed to Plaintiff. Docket No. 9. Given the circumstances, Plaintiff's motion to extend is **GRANTED**. A proper application to proceed *in forma pauperis* must be filed by December 1, 2019.

The Clerk's Office is **INSTRUCTED** to remove the Nevada Attorney General's Office from the docket.

IT IS SO ORDERED.

Dated: November 1, 2019

                                                     Nancy J. Koppe
                                                   United States Magistrate Judge