# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EMERSON LESLIE,

    Plaintiff(s),

v.

GENEVIEVE CRAGGS, et al.,

    Defendant(s).

Case No.: 2:19-cv-01206-RFB-NJK

**ORDER**

Plaintiff initiated this case while in custody through the filing of an application to proceed *in forma pauperis* and a proposed complaint. *See* Docket Nos. 1, 1-1. The Court takes judicial notice of the state's inmate records, which show that Plaintiff is no longer at Southern Desert Correctional Center. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-999 (9th Cir. 2010) (courts may take judicial notice of information on government websites). In light of that information, Plaintiff must promptly update his mailing address with the Court. *See* Local Rule IA 3-1. Plaintiff must file a notice of updated address by February 18, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: January 24, 2020

                                    Nancy J. Koppe
                                    United States Magistrate Judge