UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMERSON LESLIE,<br><br>  Plaintiff(s),<br><br>v.<br><br>GENEVIEVE CRAGGS, et al.,<br><br>  Defendant(s). | Case No.: 2:19-cv-01206-RFB-NJK<br><br>**REPORT AND RECOMMENDATION** |

On June 11, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915. Docket No. 16. In so doing, the Court found that Plaintiff failed to state a claim upon which relief can be granted. As to all claims in the complaint, the Court found that they were barred by the doctrine announced in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Docket No. 16 at 4. In addition, the Court found that the claims against the parole board commissioners are barred by the doctrine of quasi-judicial immunity and that claims against the assistant district attorneys for malicious prosecution are barred by the doctrine of prosecutorial immunity. *Id.* at 3. Although it was not clear that Plaintiff could cure these deficiencies, the Court afforded him an opportunity to amend his complaint to the extent he believed he could do so. *Id.* at 5. The deadline to file an amended complaint was set for July 10, 2020. *Id.* The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case**." *Id.* (emphasis in original). To date, Plaintiff has not filed an amended complaint and has not sought an extension of the applicable deadline.

1

Accordingly, for the reasons stated in the previous order (Docket No. 16), the undersigned **RECOMMENDS** that this case be **DISMISSED**.

Dated: July 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).