UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMESON LESLIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GENEVIENE CRAGGS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01206-RFB-NJK<br><br>**<u>ORDER</u>** |

　　　Before the Court for consideration is the Report and Recommendation [ECF No. 17] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered July 17, 2020.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 31, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 17] is
2 ACCEPTED and ADOPTED in full.
3 **IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.
4 The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: September 1, 2020.

_____
**RICHARD E. BOULWARE, II**
**United States District Judge**